UNITED STATES of America, Plaintiff–Appellee,

v.

**Grady LASSITER, Jr., Defendant–Appellant.**

No. 08–6689.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2008.

Decided: July 3, 2008.

Grady Lassiter, Jr., Appellant Pro Se. Raymond Edward Patricco, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Grady Lassiter, Jr., appeals the district court's order denying his motion for modification or reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lassiter*, No. 2:01–cr–00154–HCM (E.D.Va. filed Apr. 1, 2008; entered Apr. 2, 2008). We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*